# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2015

149545

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellant,

v

PATRICK JERMAINE CALBERT,
    Defendant-Appellee.

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SC: 149545
COA: 313692
Saginaw CC: 12-037135-FH

_____/

On order of the Court, the application for leave to appeal the May 20, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2015

Clerk

t0223